UNITED STATES DISTRICT COURT
DISTRICT SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY JAMES VENTURA,<br><br>     Plaintiff,<br><br>v.<br><br>MICHELLE KING, Acting Commissioner of Social Security,<br><br>     Defendant. | 4:24-cv-04141-VLD<br><br><br>**ORDER** |

Plaintiff moves for an award of attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  The Defendant does not object.  Therefore, it is

ORDERED that the Commissioner will pay to Plaintiff reasonable attorney fees in the amount of $7,365.57 (representing $6,935.57 in attorney fees and $430.00 in South Dakota sales tax) and that the Judgment fund will pay to Plaintiff $405.00 in costs.

IT IS FURTHER ORDERED that if it is determined upon effectuation of the Court's EAJA fee Order the Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney.  If there is a debt owed under the Treasury Offset Program, the remaining fee after offset will be paid by a check made out to Plaintiff, c/o the Plaintiff's Attorney, and delivered to the attorney.

Dated this  29th  day of  January  2025.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge